**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of Florida

Case number (*If known*): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | BH Downtown Miami, LLC |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 47-1103925 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 4045 Sheridan Ave | |
| Number    Street | Number    Street |
| #301 | |
| | P.O. Box |
| Miami Beach    FL    33140 | |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Miami-Dade County | |
| County | Number    Street |
| | |
| | City    State    ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  **BH Downtown Miami, LLC**  
_____  
Name

Case number (*if known*)_____

| | |
|---|---|
| **7.** **Describe debtor's business** | A. *Check one:* <br> ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) <br> ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) <br> ☐ Railroad (as defined in 11 U.S.C. § 101(44)) <br> ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) <br> ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) <br> ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) <br> ☑ None of the above <br><br> B. *Check all that apply:* <br> ☐ Tax-exempt entity (as described in 26 U.S.C. § 501) <br> ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) <br> ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) <br><br> C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ . <br> **5313** |

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____ When _____ Case number _____  
                                       MM / DD / YYYY

        District _____ When _____ Case number _____  
                                       MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.  Debtor **340 Biscayne Owner LLC**     Relationship **Affiliate**

       District **Southern District of Florida**     When **12/13/2024**  
                                                                 MM / DD / YYYY

       Case number, if known **24-23025**

| Debtor | BH Downtown Miami, LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>    Number    Street<br>_____<br>_____<br>    City    State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>    Contact name _____<br>    Phone _____ |

### Statistical and administrative information

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☑ 1-49    ☐ 1,000-5,000    ☐ 25,001-50,000<br>☐ 50-99    ☐ 5,001-10,000    ☐ 50,001-100,000<br>☐ 100-199    ☐ 10,001-25,000    ☐ More than 100,000<br>☐ 200-999 |
| **15.** | **Estimated assets** | ☐ $0-$50,000    ☐ $1,000,001-$10 million    ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☑ $100,000,001-$500 million    ☐ More than $50 billion |

Debtor  BH Downtown Miami, LLC
Name

Case number (*if known*)_____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☑ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/13/2024
              MM / DD / YYYY

✘ /s/ Cristiane Bomeny                    Cristiane Bomeny
Signature of authorized representative of debtor    Printed name

Title  Pres of Winterland Prop LLC, Mgr.

**18. Signature of attorney**

✘ /s/ Linda Jackson                       Date  12/13/2024
Signature of attorney for debtor                MM / DD / YYYY

Linda Jackson
Printed name

Pardo Jackson Gainsburg & Shelowitz, PL
Firm name

100 SE 2nd Street Suite 2050
Number    Street

Miami                                     FL        33131
City                                      State     ZIP Code

3053581001                                ljackson@pardojackson.com
Contact phone                             Email address

843164                                    FL
Bar number                                State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

Fill in this information to identify the case:

Debtor name: BH Downtown Miami, LLC

United States Bankruptcy Court for the: Southern District of Florida

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor  BH Downtown Miami, LLC
Name

Case number (if known)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**340 Biscayne Owner LLC**
**340 Biscayne Boulevard**
**Miami, FL 33132**


**Cirrus 340BB Lender LLC**
**555 Madison Avenue**
**6th Floor**
**New York, NY 10022**


**Cirrus Real Estate Funding LLC, as Agent**
**555 Madison Avenue**
**6th Floor**
**New York, NY 10022**


**Florida Department of Revenue**
**200 East Gaines Street**
**Tallahassee, FL 32399**


**Gilberto Bomeny**
**4045 Sheridan Avenue**
**Suite 301**
**Miami Beach, FL 33140**


**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101**


**ITC Center Miami LLC**
**4045 Sheridan Avenue**
**Suite 301**
**Miami Beach**
**FL 33140**


**Polsinelli**
**600 Third Avenue**
**42nd Floor**
**New York, NY 10016**

United States Bankruptcy Court
Southern District of Florida

In re: BH Downtown Miami, LLC

Case No.

Chapter 11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 12/13/2024

/s/ Cristiane Bomeny
Signature of Individual signing on behalf of debtor

Pres of Winterland Prop LLC, Mgr.
Position or relationship to debtor

**United States Bankruptcy Court**

**IN RE:**    Case No._____

BH Downtown Miami, LLC
_____ Chapter  11 _____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| ITC Center Miami LLC<br>4045 Sheridan Avenue Suite 301, Miami Beach, FL 33140 | 100 | Other |

**Fill in this information to identify the case and this filing:**

Debtor Name __BH Downtown Miami, LLC_____

United States Bankruptcy Court for the: __Southern District of Florida_____

Case number (*If known*): _____

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ❏ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ❏ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ❏ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ❏ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ❏ *Schedule H: Codebtors* (Official Form 206H)
- ❏ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ❏ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ❏ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __12/13/2024__          ✘ __/s/ Cristiane Bomeny_____
             MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                         __Cristiane Bomeny_____
                                         Printed name

                                         __Pres of Winterland Prop LLC, Mgr__
                                         Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:

BH DOWNTOWN MIAMI, LLC

    Debtor.
_____/

Case No. 24-xxxxx-xxx

Chapter 11

**CORPORATE OWNERSHIP STATEMENT**

I hereby declare that the following is true based upon my personal knowledge of the business records of Debtor, BH Downtown Miami, LLC ("Debtor").

1.    My name is Cristiane Bomeny. I am over the age of 18 and am competent to testify. I have personal knowledge of the matters set forth in this Statement because I am the President of Debtor's Manager, Winterland Property LLC.

2.    Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1) and 7007.1 and Local Rule 1002-1(a)(2) and to enable the Judges to evaluate possible disqualification or recusal, I hereby certify that the following are corporations, other than the Debtor or a governmental unit, that directly or indirectly own 10% or more of any class of the Debtor's equity interests:

    ITC Center Miami LLC
    4045 Sheridan Avenue, Suite 201
    Miami Beach, Florida 33140

    Regalia Biscayne Inc.
    4045 Sheridan Avenue, Suite 201
    Miami Beach, Florida 33140

    New Provence Capital Ventures LTD
    4045 Sheridan Avenue, Suite 201
    Miami Beach, Florida 33140

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

## **28 U.S.C. § 1746 Declaration**

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 13th day of December, 2024.

*/s/ Cristiane Bomeny*
Cristiane Bomeny
President, Winterland Property LLC
Manager of BH Downtown Miami, LLC

## BH DOWNTOWN MIAMI, LLC RESOLUTION
## AND DETERMINATION OF MANAGER

WHEREAS, on this 2nd day of December, 2024, the Manager of BH Downtown Miami, LLC (the "Company"), having been duly authorized, having determined that in order to economically, reasonably and appropriately preserve the assets and going concern value of the Company, that it is desirable, fair, reasonable, and in the best interest of the Company's creditors and other interested parties for the Company to file a petition seeking relief under the provisions of Chapter 11 of Title 11, United States Code (the "Bankruptcy Code").

IT IS THEREFORE:

RESOLVED that the Company shall proceed to file proceedings for relief and reorganization under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Florida; and it is further

RESOLVED that the Company shall retain the law firm of Pardo Jackson Gainsburg & Shelowitz PL as counsel to represent it in Chapter 11 proceedings, to negotiate and file a Plan of Reorganization in said proceedings and to do whatever may be necessary in said proceedings to represent the interests of the Company;

RESOLVED that Cristiane Bomeny, as President of Manager, shall be fully authorized to execute the Chapter 11 Petition, Statement and Schedules and all other documentation required to be filed in connection with the filing and prosecution thereafter of all matters in connection with the Chapter 11 reorganization of the Company and to make all decisions for the Company with respect thereto.

**REMAINDER INTENTIONALLY LEFT BLANK** 

By: WINTERLAND PROPERTY LLC, manager of BH Downtown Miami, LLC

   By: _____
   Name: Cristiane Bomeny
   Title: President


By: ITC CENTER MIAMI LLC, sole member of BH Downtown Miami, LLC

   By: REGALIA BISCAYNE INC., sole member and manager of ITC Center Miami LLC

     By: _____
     Name: Gilberto Bomeny
     Title: Director