UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

BH DOWNTOWN MIAMI, LLC and            Case No: 24-23028-LMI
340 BISCAYNE OWNER LLC                Chapter 11
                                      (Jointly Administered)


_____Debtor._____/


## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned chapter 11 case on behalf of Holiday Hospitality Franchising, LLC ("HHF") and, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), demands that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following addresses:

| | |
|---|---|
| Douglas J. Harris, CA Bar No. 329946 | Rachamin Cohen, Esq. |
| ALSTON & BIRD LLP | Florida Bar No. 96305 |
| 350 South Grand Avenue, 51st Floor | COHEN LEGAL SERVICES, P.A. |
| Los Angeles, CA 90071 | 1801 NE 123rd Street, Ste 314 |
| Telephone: (213) 576-1000 | North Miami, FL 33181 |
| Facsimile: (213) 576-1100 | Telephone: (305) 570-2326 |
| Email: douglas.harris@alston.com | Email: rocky@lawcls.com |
| *Pro Hac Vice Application to be filed* | |

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or

LEGAL02/45451767v1

informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed or construed as (a) a consent by HHF to the jurisdiction of the Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving HHF, or (b) a waiver of any right of HHF (i) to have final orders in non-core matters entered only after de novo review by a district judge; (ii) to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) to other rights, claims, actions, defenses, setoffs, or recoupments to which HHF is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved hereby. This Notice of Appearance shall not be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or Federal Rules of Civil Procedure.

Dated: January 8, 2025

By: /s/ *Rachamin Cohen*
Rachamin Cohen, Esq.
Florida Bar No. 96305
Cohen Legal Services, P.A.
1801 NE 123rd Street, Ste 314
North Miami, FL 33181
Telephone: (305) 570-2326
Email: rocky@lawcls.com

*Attorneys for Holiday Hospitality Franchising, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record or *pro se* parties who are authorized to receive electronically Notices of Electronic Filing in this bankruptcy case.

*/s/ Rachamin Cohen*
Rachamin Cohen, Esq.

```
Label Matrix for local noticing        340 Biscayne Owner LLC                 BH Downtown Miami, LLC
113C-1                                  4045 Sheridan Ave., Suite 301          4045 Sheridan Ave
Case 24-23028-LMI                       Miami Beach, FL 33140-3665             #301
Southern District of Florida                                                   Miami Beach, FL 33140-3665
Miami
Wed Jan  8 13:50:02 EST 2025

Cirrus 340BB Lender LLC                 Cirrus Real Estate Funding, LLC        Cirrus Rep Funding, LLC
c/o Meland Budwick, P.A.                c/o Meland Budwick, P.A.               c/o Meland Budwick, P.A.
Attn: Daniel Gonzalez, Esq.             Attn: Daniel Gonzalez                  Attn: Daniel Gonzalez, Esq.
200 S Biscayne Blvd                     200 S Biscayne Blvd.                   200 S. Biscayne Blvd.
Suite 3200                              Suite 3200                             Ste 3200
Miami, FL 33131-5323                    Miami, FL 33131-5323                   Miami, FL 33131-5323

340 Biscayne Owner LLC                  Cirrus 340BB Lender LLC                Cirrus Real Estate Funding LLC, as Agent
340 Biscayne Boulevard                  555 Madison Avenue                     555 Madison Avenue
Miami, FL 33132-2211                    6th Floor                              6th Floor
                                        New York, NY 10022-3409                New York, NY 10022-3409


Florida Department of Revenue           Gilberto Bomeny                        ITC Center Miami LLC
200 East Gaines Street                  4045 Sheridan Avenue                   4045 Sheridan Avenue
Tallahassee, FL 32399-6502              Suite 301                              Suite 301
                                        Miami Beach, FL 33140-3665             Miami Beach
                                                                               FL 33140-3665


Internal Revenue Service                Office of the US Trustee               Polsinelli
P.O. Box 7346                           51 S.W. 1st Ave.                       600 Third Avenue
Philadelphia, PA 19101-7346             Suite 1204                             42nd Floor
                                        Miami, FL 33130-1614                   New York, NY 10016-1924


Andrew S Richmond                       Bryan T. Mohler                        Conrad K Chiu
7 Times Square, 40th Floor              Pryor Cashman                          7 Times Square, 40th Floor
New York, NY 10036-6570                 7 Times Square, 40th Floor             New York, NY 10036-6570
                                        New York, NY 10036-6570


Linda W Jackson                         Linsey M Lovell                        Michael H. Levison
Pardo Jackson Gainsburg, PL             Pardo Jackson Gainsburg, PL            Pryor Cashman
100 SE 2 Street                         100 SE 2 Street                        7 Times Square, 40th Floor
Suite 2050                              Ste 2050                               New York, NY 10036-6570
Miami, FL 33131-2151                    Miami, FL 33131-2151


Todd E. Soloway
Pryor Cashman
7 Times Square, 40th Floor
New York, NY 10036-6570
```

           The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Miami                                (u)Gilberto Bomeny                     End of Label Matrix
                                                                               Mailable recipients   21
                                                                               Bypassed recipients    2
                                                                               Total                 23
```