**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

BH DOWNTOWN MIAMI, LLC and      Case No:24-23028-LMI
340 BISCAYNE OWNER LLC      Chapter 11
     (Jointly Administered)

_____Debtor._____/

### *EX PARTE* MOTION TO APPEAR PRO HAC VICE

Motion and Affidavit of Local Counsel

I, Rachamin Cohen, Esq. ("Movant"), a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, request that this court admit *pro hac vice* Douglas J. Harris ("Visiting Attorney"), an attorney admitted to practice and currently in good standing in the following Courts:

| State/Federal Admissions | Date Admitted |
|---|---|
| State of California | 1/10/2020 |
| U.S.D.C. Central District of California | 1/16/2020 |
| U.S.D.C. Northern District of California | 1/16/2020 |
| U.S.D.C. Eastern District of California | 3/24/2021 |

and qualified to practice in this court, who proposes to act as counsel for Holiday Hospitality Franchising, LLC ("Client") in the case listed above, and in any adversary proceedings therein in which the Visiting Attorney appears on behalf of such Client.

     I am aware that the local rules of this court require a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court to act as local counsel for such Client, unless the court specifically authorizes an attorney not so admitted to act as local counsel. I understand that local counsel is required to participate in the preparation and presentation of, and accept service of all papers in, the case identified above and any adversary proceedings in which the Visiting Attorney appears on behalf of such Client.

     I am a member in good standing of the bar of the United States District Court for the Southern District of Florida and qualified to practice in this court, and agree to act as local counsel for the above-referenced Client in this case and in any adversary proceedings in this case in which the Visiting Attorney appears on behalf of the Client. I understand that I am required to participate in the preparation and the presentation of the case above and any such adversary

LEGAL02/45451542v1

proceedings and to accept service of all papers served in such case and proceedings.

The order granting this Motion will serve to admit the Visiting Attorney to practice in the case noted above on behalf of the Client and in any adversary proceedings in that case in which the Visiting Attorney appears on behalf of such Client. I understand that if I decline to serve as local counsel in any such adversary proceeding, separate local counsel must file an additional *Motion to Appear Pro Hac Vice*, and that absent such separate motion and an order of this court approving the same I will continue to act as local counsel for the Client in all such proceedings.

The affidavit of the Visiting Attorney required under Local Rule 2090-1(C)(2) is filed concurrently herewith.

WHEREFORE, upon the foregoing representations, Movant respectfully requests an order of this court authorizing the Visiting Attorney to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of the Client and indicating Movant as local counsel for the Client, and for such other and further relief as may be just.

Dated: January 7, 2025

By: /s/ *Rachamin Cohen*
Rachamin Cohen, Esq.
Florida Bar No. 96305
Cohen Legal Services, P.A.
1801 NE 123rd Street, Ste 314
North Miami, FL 33181
Telephone: (305) 570-2326
Email: rocky@lawcls.com

*Attorneys for Holiday Hospitality Franchising, LLC*

**Affidavit of Proposed Visiting Attorney**

I, Douglas J. Harris, am a member in good standing of the bar of the State of California. In addition, I am a member in good standing of the Courts listed below, but am not admitted to the bar of the United States District Court for the Southern District of Florida.

| State/Federal Admissions | Date Admitted |
|---|---|
| State of California | 1/10/2020 |
| U.S.D.C. Central District of California | 1/16/2020 |
| U.S.D.C. Northern District of California | 1/16/2020 |
| U.S.D.C. Eastern District of California | 3/24/2021 |

I certify that I have never been disbarred, that I am not currently suspended from the practice of law in the State of Florida or any other state, and that I am not currently suspended from the practice of law before any United States Court of Appeals, United States District Court, or United States Bankruptcy Court.

I hereby request authority to appear *pro hac vice* in this case and in any adversary proceedings in this case on behalf of Holiday Hospitality Franchising, LLC ("Client"). I designate Rachamin Cohen, Esq. ("Local Counsel"), who is qualified to practice in this court, as local counsel for the Client. I understand that Local Counsel is required to participate in the preparation and the presentation of the case above and any adversary proceedings in which I appear on behalf of such Client, and accept service of all papers served in such case and proceedings, unless and until other local counsel is designated and accepts such designation by filing a separate *Motion to Appear Pro Hac Vice* on my behalf.

I certify that I am familiar with and shall and shall be governed by the local rules of this court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

Dated: January 7, 2025

By: */s/ Douglas J. Harris*
Douglas J. Harris
ALSTON & BIRD LLP
350 South Grand Avenue, 51st Fl.
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
California Bar No. 329946

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 8, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record or *pro se* parties who are authorized to receive electronically Notices of Electronic Filing in this bankruptcy case.

                                                */s/ Rachamin Cohen*
                                                Rachamin Cohen, Esq.