UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

BH DOWNTOWN MIAMI, LLC and
340 BISCAYNE OWNER LLC

    Debtors.
_____/

BH DOWNTOWN MIAMI, LLC and
340 BISCAYNE OWNER LLC

    Plaintiffs,

CIRRUS 340BB LENDER LLC and
CIRRUS REAL ESTATE FUNDING LLC

    Defendants.
_____/

Case No. 24-23028-LMI

Chapter 11

(Jointly Administered)

Adv. Proc. No. 25-01110-LMI
Chapter 11

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE

Please take notice that Jeffrey P. Shapiro, Esq. of the law firm of Pardo Jackson Gainsburg & Shelowitz, PL hereby files this Notice of Appearance on behalf of Debtors/Plaintiffs BH Downtown Miami, LLC and 340 Biscayne Owner LLC in the above-captioned adversary proceeding, and requests that he be served with copies of notices, pleadings, motions, orders and other documents filed in this case as follows:

    Jeffrey P. Shapiro, Esq.
    Pardo Jackson Gainsburg & Shelowitz, PL
    100 S.E. Second Street, Suite 2050
    Miami, Florida 33131
    Telephone: (305) 358-1001
    Facsimile: (305) 358-2001
    Email Address:  jeffreypshapiro@gmail.com
                           cfernandez@pardojackson.com

Dated:    August 26, 2025            Respectfully submitted,

                                        **PARDO JACKSON GAINSBURG & SHELOWITZ, PL**
*Counsel for BH Downtown Miami, LLC and 340 Biscayne Owner LLC*
100 Southeast 2nd Street, Suite 2050
Miami, Florida 33131
Telephone: (305) 358-1001
Facsimile: (305) 358-2001
Email Address:   jeffreypshapiro@gmail.com
                                cfernandez@pardojackson.com

By: Jeffrey P. Shapiro
Jeffrey P. Shapiro
Florida Bar No. 352284

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on August 26, 2025 via the Court's CM/ECF system upon those registered to receive electronic service.

                                        By: Jeffrey P. Shapiro
                                        Jeffrey P. Shapiro