UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

BH DOWNTOWN MIAMI, LLC and
340 BISCAYNE OWNER LLC

Debtors.
_____/

Case No. 24-23028-LMI

Chapter 11

(Jointly Administered)

**BALLOT AND DEADLINE FOR FILING BALLOT ACCEPTING OR REJECTING PLAN**

*TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT BY THE DEADLINE INDICATED BELOW [AS SET PURSUANT TO LOCAL RULE 3018-1(B)]*

The plan filed by 340 Biscayne Owner LLC and BH Downtown Miami, LLC on September 25, 2025, can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the plan. In the event the requisite acceptances are not obtained, the court may nevertheless confirm the plan if the court finds that the plan accords fair and equitable treatment to the class rejecting it.

This ballot is for ~~creditor (insert name)~~ _Equity Security Holder of BH_ for the following type of claim placed in the indicated class in the indicated amount:

| TYPE OF CLAIM | CLASS IN PLAN | AMOUNT OF CLAIM |
|---|---|---|
| ☐ Secured Claim of Cirrus against 340 | | $ |
| ☐ Secured Claim of City of Miami against 340 | | $ |
| ☐ General Unsecured Claim against 340 | | $ |
| ☐ Cirrus Secured Claim against BH | | $ |
| ☐ General Unsecured Claims against BH | | $ |
| ☐ Equity Security Holder of 340 | | Number of Shares of Stock _____ |
| ☑ Equity Security Holder of BH | 7 | Number of Shares of Stock 100% |

The undersigned [Check One Box]   ☑ Accepts   ☐ Rejects

the plan for reorganization of the above-named Debtors.

Signed: _/s/_

LF-33 (rev. 10/10/14)

Print Name: GEOFFREY S. AARONSON, ESQ., AUTHORIZED AGENT OF ITC CENTER MIAMI, LLC, 100% OWNER OF BH DOWNTOWN MIAMI LLC
Address: ONE BISCAYNE TOWER #3450
Phone: 7865943000
Date: 11/25/2025

★★★FILE THIS BALLOT ON OR BEFORE _____★★★

with:  Clerk of Bankruptcy Court
☐ 301 N. Miami Ave., Room 150, Miami, FL 33128
☐ 299 E. Broward Blvd., Room 112, Ft. Lauderdale, FL 33301
☐ 1515 North Flagler Drive, Room 801, West Palm Beach, FL 33401

If you have more than one type of claim against this debtor, separate ballots must be filed and you should receive a ballot for each type of claim eligible to vote. Contact the plan proponent regarding incorrect or insufficient ballot(s).

LF-33 (rev. 10/10/14)